FILED

FEB 2 6 2018

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| VICTORIA RENTAS GUTIERREZ § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL NO. SA-18-CV-97-XR |
| § | |
| UNITED STATES OF AMERICA § | |
| & SUPERIOR FLIGHT SUPPORT § | |
| CORPORATION § | |
| § | |
| *Defendants*. § | |

## NOTICE OF VOLUNTARY DISMISSAL
## OF DEFENDANT UNITED STATES OF AMERICA

TO THE HONORABLE XAVIER RODRIGUEZ, UNITED STATES DISTRICT JUDGE:

Now comes Victoria Rentas Gutierrez, Plaintiff, and files this, her Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(i) of Defendant United States of America.

Such dismissal is without prejudice, and each party is to bear is to bear its own costs, including attorney fees.

Respectfully submitted,

**LAW OFFICES OF JAMES V. MAZUCA
& ASSOCIATES**

By: _____

**JAMES V. MAZUCA**
S.B.N. # 13712560
430 West Hildebrand Ave.
San Antonio, Texas 78212
(210) 735-4878
(210) 737-1459 (facsimile)
James@mazuca.com
margievera@yahoo.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of February 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served the following by certified mail delivery on:

John F. Bash
James E. Dingivan
UNITED STATES ATTORNEY'S OFFICE
601 NW Loop 410, Suite 600
San Antonio, Texas  78216-5597
Texas Bar No. 24094139
James.dingivan@usdoj.gov
Tel.  (210) 384-7372; Fax. (210) 384-7312
**ATTORNEYS FOR DEFENDANT**
**UNITED STATES OF AMERICA**

Hannah Dominguez
Nik Mimari
PLUNKETT GRIESENBECK&MIMARI
1635 N. E. Loop 410 Suite 900
San Antonio, TX 78209
**nmimari@pg-law.com**
**hdominguez@pg-law.com**
**ATTORNEYS FOR DEFENDANT SUPERIOR**
**FLIGHT SUPPORT CORPORATION**

JAMES V. MAZUCA