IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VICTORIA RENTAS GUTIERREZ | § § § | |
| *Plaintiff* | § | |
| VS. | § | CIVIL NO. SA-18-CV-00097-XR |
| | § | |
| UNITED STATES OF AMERICA, and SIGNATURE FLIGHT SUPPORT CORPORATION | § § § § | |
| *Defendants* | § § | |

**NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT SIGNATURE FLIGHT SUPPORT CORPORATION**

TO THE HONORABLE XAVIER RODRIGUEZ, UNITED STATES DISTRICT JUDGE:

NOW COMES VICTORIA RENTAS GUTIERREZ, Plaintiff in the above captioned cause of action, and pursuant to Fed. R. Civ. P. § 41(a)(1)(A)(i), files this, her Notice of Voluntary Dismissal of Defendant Signature Flight Support Corporation.

Such dismissal is without prejudice, and each party is to bear their own costs, including attorney's fees.

Respectfully submitted,

**LAW OFFICES OF JAMES V. MAZUCA & ASSOCIATES**

_____
**JAMES V. MAZUCA**
S.B.N. # 13312560
430 West Hildebrand Ave.
San Antonio, Texas 78212
(210) 735-4878
(210) 737-1459(facsimile)
James@mazuca.com
margievera@yahoo.com

---

*Voluntary Notice of Dismissal of Defendant Signature Flight Support Corporation*   Page 1
5037-022/#546878

## CERTIFICATE OF SERVICE

I hereby certify that 11th day of April, 2018, I electronically filed the foregoing, *Notice of Voluntary Dismissal of Defendant Signature Flight Support Corporation*, with the Clerk of Court using CM/ECF system and served the following by certified mail delivery on:

Nik Mimari
Hannah Dominguez
PLUNKETT, GRIESENBECK & MIMARI
1635 N.E. Loop 410 Suite 900
San Antonio, Texas 78209
nmimari@pg-law.com
hdominguez@pg-law.com

**ATTORNEYS FOR DEFENDANT SIGNATURE FLIGHT SUPPORT CORPORATION**

JAMES V. MAZUKA